# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT WILLIAM ELLIOTT,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 77921

FILED

MAR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a petition for additional credits. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Linda Marie Bell, Chief Judge
Robert William Elliott
Attorney General/Las Vegas
Eighth District Court Clerk